UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

ALEXANDER THOMAS HEBRARD
1523161N

*(Enter full name of plaintiff)*

Plaintiff,

v.

JAMie miller
coffee creek medical/Dental
Dr. murphy
VARUSKA J.

Dr. gulick, scci medical Dental
coffe creek superintedent Rob persson

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:21-cv-00918-YY
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒Yes      ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**      Name: ALEX T. HEBRARD

Street Address: 777 Stanton BLVD

City, State & Zip Code: Ontario, OR 97914

Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**    Name: Rob PERSSON (super) / Coffee creek Medical/Dental

Street Address: 24499 SW grahams ferry Rd

City, State & Zip Code: Wilsonville, OR 97070

Telephone No.: _____

**Defendant No. 2**    Name: Dr. Murphey (osp)

Street Address: 2605 State St

City, State & Zip Code: Salem, OR 9730

Telephone No.: _____

**Defendant No. 3**    Name: VARVSKA  J.    DA (coffee creek)

Street Address: 24199 SW grahams ferry Rd

City, State & Zip Code: Wilsonville, OR 97070

Telephone No.: _____

**Defendant No. 4**    Name: Jamie miller super / Dr. Gulick / srci Medical/Dental

Street Address: 777 Stanton Blvd

City, State & Zip Code: Ontario, OR 97914

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

2

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Deliberate indifference 8th Amendment violation
as well as negligence and cruel and unusual punishment
as well As 14th Amendment.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

① While in washington county plaintiff was seen
By Dental, Dental DID x-Rays And Determind
that he had a serious Abscissed tooth, ② this
infection was in a Area where plaintiff had
a medal plate ③ Being to close to this plate
and not having the Adequate MEANS to safely
and confidently remove the tooth and infection
county Dental SAID to be going to D.U.C.
next DAY and they would have adequate
medical/Dental to deal with my serious.
        See Attached

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

medical need, ④ Dental in county prescribed Antibiotics to deal with the infection.

⑤ I Arrived 3-27-28 to coffee creek I immidietly made clear my serias medical need, the Absyss infected tooth and that I could Not Eat or sleep Due to pain.

⑥ Intake staten plaintiff would see Dental/medical in a Day or two.

⑦ 3-29-18 with No WARNing or Notice or any examination plaintiffs Antbiotic Are cancelled.

⑧ 3-30-18 plaintiff sent Kyte to medical/Dental ABout Antbiotics being cancelled and extreme pain.

(4)

⑨ Plaintiff also made complaints to unit officer, officer in charge and Rank.

⑩ 3-30-18 thru 4-9-18 plaintiff sent numeras Kytes Detailing extreme pain And Discomfort

⑪ AN L.T. informed plaintiff to Leave A message About medical and Dentals refusal to help on I.G./I.A. Hotline.

⑫ plaintiff DID and was told in A Responding Message Not to use that Hotline for my issue.

⑬ Numeras staff and Rank told inmate they could do nothing And could Not force medical/Dental to help me.

(14) Plaintiff informed Diversity coordinater

MS. Arrington about medical need and

extreme pain.

(15) Plaintiff showed MS Arrington tooth

that had sence arriving at c.c.c.f. had

Broke at gumline, became black and

bleeding with infection.

(7) MS Arrington sent an Inner office

communication about plaintiff needing

medical care,

(18) Between 3-27-18. And 4-9-18 Dental

was Not even In facility.

(6)

(19) Between 3-27-18 and 4-9-18 plaintiffs

was told to sign up for sick call, then

once at sick call Nurses would inform

plaintiff that sick call was medical not

Dental.

(20) Would Tell plaintiff to kyte Dental.

~~(21) then plain~~

(21) Plaintiff would, they would then TELL

plaintiff again at sick call, "This is

medical, Kyte Dental.

(22) finally on 4-10-18 plaintiff Recieved

ALL Kytes He'd sent, ALL Dated with

A Recieved Date of "4-9-18"

(7)

(23) THAT SAME DAY 4-10-18, Plaintiff seen
MS ARRington, Who Noticed plaintiff had
still Not recieved Medical/Dental AID.

(24) MS ARRington took plaintiff to Dental
AND stated PLAINTIFF needed medical attention.

(25) Plaintiff filed 3 grievences, 2 were
Denied as Identical, one was excepted.

(26) Dental informed plaintiff that they do
not pull teeth At coffee creek for Men on
intake.

(27) Told plaintiff He'd have to wait till
He was Transfered to Another prison.

(8)

28) Plaintiff stated The extreme PAIN And

Discomfort, the constant Affect this

was having on his Quality of life.

29) Dental said ~~too~~ plaintiff would have

to wait.

30) Plaintiff was givin Antibiotic 4-10-18

31) Plaintiff Asked Why he was takin off

Antibiotics 3-29-18 , No Reasonable Answer

givin.

32) After Another 2wks of pain and suffering

MS. Arrington saw plaintiff still had Not has

His visable seriously infected tooth And on

4-23-18 Dental/medical was forced to Remove

(9)

infected tooth.

(31)(4-24-18)
Plaintiff Transfered to O.S.P. And put

Kyte in for medical to pull second infected

Tooth.

(32) Plaintiff informed Dr. Murphy (Defendant) that

There was still pain where first infeeted

tooth was pulled in Jaw Area

(33) Dr murphy Told plaintiff That Jaw pain was

medical, But being i had A Bad infection it

still healing.

(34) 4-24-18 - 12-24-18   plaintiff still had pain in

Area of infeeted tooth And Jaw, was told

to Use Ibprophen And Aspirin.

10

㉟ Plaintiff put in Kyte to Dr. Murphy And Again stated he had problems/pain in Jaw and Area where infected tooth was Left.

㊱ Dr Murphy Again SAID Jaw WAS Medical And SAID Again It was probably still sore.

㊲ he DID NO More AiD.

㊳ 2018 December 2019 January put in Again was told same thing.

㊴ 2-19-19 plaintiff was transfered to SNAKE River correctional facility

㊵ 2-22-19 plaintiff sent a Kyte to seer medical

㊶ plaintiff was told to be standing At DOOR

(11)

for sick call.

㊷ Plaintiff did sick call

㊸ Plaintiff waited and waited patiently

㊹ 3-28-19 plaintiff sent another Kyte

Detailing the pain and issue of waiting

for weeks.

㊺ 4-2-19 plaintiffs Kyte was Returned

telling him once again to wait at door.

㊻ 4-3-19 plaintiff sent Another Kyte stating

He has not been seen or given medical

Attention for a serious medical need.

㊼ 4-9-19 defendant Gulick saw plaintiff

48 Defendant then told plaintiff with No examination he could see nothing wrong,

49 JAW WAS Dental

50 That plaintiff WAS A NARcotic seeker And had plaintiff Removed from office with No examination or help.

51 Plaintiff DID sick call following Morning was told he would see Dental 4-17-19.

52 4-14-19 Plaintiff tooth broke.

53 4-17-19 came No Dental visit.

54 4-17-19 Plaintiff put another Kyte in. the Respone was" ID been told numerous times to see Dental"

(13)

(33) Plaintiff had been told once he'd see Dental on 4-17-19, But plaintiff never saw Dental 4-17-19.

(34) 4-22-19 Dental saw plaintiff Did X-Ray And fixed Broken tooth.

(35) Dental Acknowledged something wrong. Swelling in the face, Jaw Area where plaintiff has made numerous complaints.

(36) 4-29-19 Reffered to specialist.

(37) Defendant gulick again Tells plaintiff nothing wrong And Accuses him of Narcotic seeking.

(58) 5-1-19 PLAintiFF WAs finally issued Antibiotics

(59) PLAintiFF Asked to be seen by Another Dr.

then refendAnt gulick.

(60) 5-21-18 PLAintiFF finally givin pAin medication.

plaintiff had to Beg And complain for it

even though oral surgon prescibed it.

(61) Dr. Gulick stated PlaintiFF Dio Not need

it anymore even though plaintiFF wAs still

waiting on surgery.

(62) Dr quick Refused to listen to plaintiff And

AgAin kicked him out of office calling

plaintiFF "Time waster".

(15)

63 ON 6-19-19  PlaintiFF HAD  surgery

64 IT WAS found that the Bone And Area

near And Aland plate And prieviasly infected

tooth HAS become infected.

65 2 teeth And A Huge piece of JAW Bone

HAD to be Removed. Due to infection setting

in Bone.

66 Dr. Gulick originally made a medical Judgment

That Nothing was wrong with PlaintiFF.

67 PlaintiFF Did need And evennally HAD

MAJOR surgery.

68 PlaintiFF continued to have issues with

JAW After surgery

(16)

69) Plaintiff filed numeras grievences on Defendant gulicks negligence.

70) Plaintiff stated numeras times that having Defendant gulick as A primary provider would and is A conflict of intrest.

71) For Defendant gulick to Acknolede or treat plaintiff would be to Admit his original Assesment And medical Judgmnt was wrong.

72) Plaintiff attempted to be treated for is constent And DAily pain in JAW Area.

(17)

73 Defendant gulick continued his mistreatment continually stating nothing wrong and or prescribing mental health medication for Jaw pain.

74 plaintiff took meds and they either did not help or had adverse side affects.

75 Defendant gulick claimed plaintiff untreatable.

76 plaintiff grieved and pushed for second opinion.

77 plaintiff made numerous attempts to see Dr. Between 9-29-19 And 10-22-19 But no Dr was in facility

78. Medical Refused to let plaintiff see any other Dr. Made him wait over 3 WKs.

79. 10-22-19 plaintiff seen Defendant gulick who still claimed plaintiff untreatable.

80. October 19 to January 29 2020 medical Obstructed plaintiff 2nd opinion visit

81. 1-29-20 Dr Hemphill (plaintiff 2nd opinion) found plaintiffs medical to be severe enough to treat with TRAMADOL.

82. Even though gulick claimed plaintiff untreatable And that there was No treatment.

19

㉓ Plaintiff still has issues of the jaw and continues to be mistreated by Defendant gulick.

㉔ At plaintiffs last visit with Defendant gulick in Regards to being cut off from prescribed medication, plaintiff asked what he could do, to get medication extended.

㉕ Defendant gulick stated "sue me".

㉖ 10-17-19 plaintiff filed tort. which was later denied.

(20)

## Claims for Relief

① The Actions of Defendants VAEVSKA J, coffee creek medical/dental And coffee creeks superintendent In Delaying plaintiff medical treatment for over 3 weeks.

② HAVing A policy to Not pull Mens teeth While On Intake.

③ Cause negligence And cruel and unusual punishment to the plaintiff for over 3 weeks.

④ It also allowed An infection to set into plaintiff JAW Bone.

⑤ AN infection that caused plaintiff to Lose several teeth And JAWbone, And continues

An Constant Pain While undetected

21

6) Defendant Dr. Murphy for claiming area of pain only a medical issue and Not conducting further examination while plaintiff was housed at O.S.P. and under the care.

7) Defendant gulick Actions of claiming nothing wrong with No examination

8) Accusing plantiff of wasting time and Narcotic seeking. Kicking him out of office

9) caused plaintiff to suffer even more 8th Amendant violation and mental Anguish

10) Dr. gulick continued and on going mistreatment of plantiff

(11) SRCI medical/Dental and Jaime miller (super)
continued Delliberate indifference and
negligence to Plaintiffs Mistreatment

(12) ignoring the conflict of Intrest with
Defendant gulick And his Blatent Biased
opinions, mis Diagnoses one that was
so Blatent that After plaintiff was
Told Nothing wrong by gulick.

(13) Plaintiff needed serious Surgery.
And gulicks claim plaintiff untreatable
yet when seen by Another Dr. plaintiff
Recieved treatment.

23

(14) The weeks/months of plaintiff being

RAN Around in circles, Dr, Nurses D.O.C.

employees refusing to help And OR

Obstructing plaintiffs calls for

attention to the negligence being done

to him

(15) Are A gross violation to his right to

fair unbiased Medical AID

(16) Proper And timely Medical Attention

(17) And A complete violation to his

8th Amendment rights, protection from

Deliberate indifference, negligence And

cruel and unusual punishments.

24

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒Yes          ☐No

## V.  RELIEF

State *briefly* exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.

① Abovd NAMed Defendonts issue A DeClAtory Judgment Stating that there Actions in failing to provide Adequate medical care for plaintiff violated And continued to violate the praintiffs rights under the Eighth Amendment to the United States Constitution.

② AWArd compensatory, DAmages in the following Amounts A) 800,000ᵘ Jointly And severly, AoAinst Abovd NAMed DefendAnts for Physical and emotional injuries caused Due to the untimely medical care and disregard for plaintiffs Health, And failure to provide Adequate medical care.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20___.

_____

*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]


25

③ AWARD punitive DAMAGES in the Following Amounts.

A) $200,000.00 eACh Against ABOVE NAMED DefendAnts

④ A total Amount of $2,000,000.00

⑤ Grant such other Relief As it may APPEAR

plaintiff is entitled too.


26